ROBERT S. MINTURN, Respondent, *v.* SAMUEL GREEN, Appellant.

*Minturn* v. *Green,* 146 App. Div. 878, affirmed.
(Argued February 7, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover rent alleged to be due under a lease to which a counterclaim had been interposed asking for a reformation of the lease on the ground

of fraud and duress, for a reduction of the rent and for an accounting.

. *Alexander Rosenthal* and *David Steckler* for appellant.

*George L. Shearer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.